**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MASSACHUSETTS**

**Proceeding Memorandum/Order**

**In Re:** Ourania A. Manetas          **Case/AP Number** 10-12846 **-FJB**

**Chapter** 13

    #70 Motion of Internal Revenue Service to Dismiss Case (D. Ryan)
    #71 Objection of Debtor (S. Midgley)

**COURT ACTION:**

#70 \_\_\_\_\_ Hearing held

\_\_\_\_\_ Granted     \_\_\_\_\_ Approved     \_\_\_\_\_ Moot

\_\_\_\_\_ Denied     \_\_\_\_\_ Denied without prejudice     \_\_\_\_\_ Withdrawn in open court

\_\_\_\_\_ Overruled     \_\_\_\_\_ Sustained

\_\_\_\_\_ Continued to_____

\_\_\_\_\_ Proposed order to be submitted by _____

\_\_\_\_\_ Stipulation to be submitted by_____

\_\_\_\_\_ No appearance by _____

Show Cause Order     \_\_\_\_\_ Released     \_\_\_\_\_ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

For the reasons set forth on the record, the motion is granted and the case is hereby dismissed pursuant to 11 U.S.C. section 1307(e).

                IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____ Dated: 8/5/2010
Frank J. Bailey
United States Bankruptcy Judge