**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF MASSACHUSETTS**

**Proceeding Memorandum/Order**

**In Re:** Ourania A. Manetas  **Case/AP Number** 10-12846 **-FJB**

**Chapter** 13

Doc# 68 Motion filed by Debtor Ourania A. Manetas to Amend [67] Amended Plan, with certificate of service (Midgley, Stephen)

**COURT ACTION:**

_____Hearing held

_____Granted     _____ Approved    _____Moot

_____Denied      _____ Denied without prejudice    _____Withdrawn in open court

_____Overruled   _____ Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order     _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Moot as the Debtor has filed a superseding Chapter 13 plan [Doc. 85].

IT IS SO ORDERED:

*Frank J Bailey*

_____Dated: 8/5/10

Frank J. Bailey
United States Bankruptcy Judge