**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Ourania A. Manetas<br>Debtor, | Chapter: 13<br>Case No: 10–12846<br>Judge Frank J. Bailey |

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above **debtor, Ourania A. Manetas** was entered on 8/5/10 .

Date:8/23/10

By the Court,

Ann E. Kelley
Deputy Clerk
617–748–5342

104